For these reasons, I would affirm the Order of the Commonwealth Court.

Justices ZAPPALA and CASTILLE join this dissenting opinion.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Regis E. LINN, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 29, 2000.

Diana Stravroulakis for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 29th day of February, 2000, we **GRANT** the Petition for Allowance of Appeal, **VACATE** the Order of the Superior Court, and **REMAND** this mat-

**1116**

ter to the PCRA Court for further proceedings consistent with *Commonwealth v. Lantzy,* 558 Pa. 214, 736 A.2d 564 (1999).